# MEMORANDA

OF

DECISIONS RENDERED WITHOUT EXTENDED OPIN-
IONS DURING THE PERIOD EMBRACED
IN THIS VOLUME.

No. 5,107.—SMITH BROTHERS SHEEP CO., Plaintiff and
Respondent, *v.* LOUIS P. MOSBACK, Defendant and
Appellant.

*Appeal from District Court, Meagher County; Wm. L. Ford,
Judge.*

Decided November 14, 1922.

PER CURIAM.—Upon motion of respondent herein, and
for good cause shown, the appeal in the above action is dis-
missed.

*Mr. Earle F. Angell,* for Appellant.

*Messrs. McIntire & Murphy,* for Respondent.

---

No. 5,159.—C. A. STONE, Plaintiff and Appellant, *v.* FED-
ERAL TRUST CO., Defendant and Respondent.

*Appeal from District Court, Flathead County; B. F. Maiden,
Judge.*

Decided November 14, 1922.

PER CURIAM.—Upon motion, supported by the stipulation
of the respective parties, the appeal in the above-entitled cause
is dismissed.

*Mr. W. J. Burke* and *Messrs. Logan & Child,* for Appellant.

*Messrs. Foot & Aronson,* for Respondent.